GEORGE P. DELISSER, Appellant, *v.* THOMAS A. O'KEEFE et al., Respondents.

(Argued November 22, 1883 ; decided December 4, 1883.)

*John H. Clayton* for appellant.

*Samuel Greenbaum* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

———————

THE WESTCHESTER GAS-LIGHT COMPANY OF THE CITY OF YONKERS, Appellant, *v.* THE YONKERS GAS-LIGHT COMPANY, Respondent.

(Argued November 22, 1883 ; decided December 4, 1883.)

*R. W. Van Pelt* for appellant.

*John E. Parsons* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

———————

WILLIAM B. FITCH, Survivor, etc., Respondent, *v.* WILLIAM J. BEST, Impleaded, etc., Appellant.

(Submitted November 23, 1883 ; decided December 4, 1883.)

*J. I. & F. Werner* for appellant.

*King & Hallock* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.